

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Timothy Duane Poor,                  * From the 238th District Court
                                       of Midland County,
                                       Trial Court No. CR56919.

Vs. No. 11-22-00221-CR               *   July 18, 2024

The State of Texas,                  * Opinion by Williams, J.
                                       (Panel consists of: Bailey, C.J.,
                                       Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.